**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. **19-cr-111-WJM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. ADAM KEITH CHANDLER**,

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about January 11, 2019, in the State and District of Colorado, the defendant, ADAM KEITH CHANDLER, having been convicted previously of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess any firearm in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

1.    The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to

the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.	Upon conviction of the violation described in paragraph 1 above, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of the offense described in paragraph 1 that were seized on or about January 11, 2019 in the State and District of Colorado during this investigation.

3.	If the property described above, as a result of any act or omission of the defendant:

    a)  cannot be located upon the exercise of due diligence;
    b)  has been transferred or sold to, or deposited with, a third party;
    c)  has been placed beyond the jurisdiction of the Court;
    d)  has been substantially diminished in value; or
    e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

                                          A TRUE BILL

                                          <u>Ink signature on file in Clerk's Office</u>
                                          FOREPERSON

JASON R. DUNN
United States Attorney


*/s/ Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail:  Jason.St.Julien@usdoj.gov
Attorney for the United States