DEFENDANT: ADAM KEITH CHANDLER

AGE/YOB: 35/1983

ADDRESS: COLORADO SPRINGS, COLORADO

COMPLAINT FILED? _____ YES __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES _____ NO

OFFENSE:   COUNT 1:   FELON IN POSSESSION OF FIREARM, IN VIOLATION OF 18 U.S.C. § 922(g)(1);

LOCATION OF OFFENSE
(County and State):   EL PASO COUNTY, COLORADO

PENALTY:   COUNT 1:   NMT 10 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH. NMT 3 YEARS SUPERVISED RELEASE, $100 S.A. FEE; AND,

AGENT/DEPUTY:   MATTHEW GONZALEZ, ATF SPECIAL AGENT

AUTHORIZED BY:   JASON ST. JULIEN, ASSISTANT UNITED STATES ATTORNEY

ESTIMATED TIME OF TRIAL:

__X__ five days or less   _____ over five days

THE GOVERNMENT

__X__ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention [is / **is not**] applicable to this defendant.