IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    19-cr-000111-WJM-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ADAM KEITH CHANDLER,

       Defendant.

_____

**NOTICE OF APPEARANCE**
_____

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA GRADY
       Federal Public Defender


       <u>s/ Matthew Golla</u>
       Matthew C. Golla
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Matt_Golla@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2019, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Jason St. Julien, Assistant United States Attorney
    Jason.St.Julien@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Adam Chandler     (via U.S. Mail)

                                          s/ Matthew Golla
                                          Matthew C. Golla
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          Matt_Golla@fd.org
                                          Attorney for Defendant