AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 MAR 26 PM 2:38

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br>**ADAM KEITH CHANDLER**<br><br>_Defendant_ | )<br>)<br>)  Case No. 19-cr-111-WJM<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    **ADAM KEITH CHANDLER**                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
FELON IN POSSESSION OF FIREARM, IN VIOLATION OF 18 U.S.C. § 922(g)(1);

Date:  03/19/2019                                                       s/ A. Garcia Garcia - Deputy Clerk
                                                                         _Issuing officer's signature_

City and state:   Denver, Colorado                         Jeffrey P. Colwell - Clerk of Court
                                                                         _Printed name and title_

---

**Return**

This warrant was received on _(date)_ 3/25/19 , and the person was arrested on _(date)_ 3/25/19
at _(city and state)_ Colo Springs CO .

Date: 3/25/19

_[signature]_
_Arresting officer's signature_

Brook Hathaway
_Printed name and title_