IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00111-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ADAM KEITH CHANDLER,

       Defendant.

---

## NOTICE OF DISPOSITION

---

     Defendant, Adam Keith Chandler, by and through counsel, Matthew C. Golla, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in his case with the government.  The defendant would request a change of plea hearing for the court to consider a proposed plea agreement.

     Respectfully submitted this 10th day of May, 2019.


          Respectfully submitted,

          VIRGINIA L. GRADY
          Federal Public Defender


          s/ Matthew Golla
          Matthew C. Golla
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          Matt_Golla@fd.org
          Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Jason St. Julien, Assistant United States Attorney
Email:  Jason.st.julien@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Adam Chandler (via U.S. Mail)

s/ Matthew Golla
Matthew C. Golla
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Matt_Golla@fd.org
Attorney for Defendant