IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.:  19-cr-00111-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ADAM KEITH CHANDLER**,

    Defendant.

---

**PARTIES' JOINT MOTION TO RE-SET THE JUNE 25, 2019 CHANGE OF PLEA HEARING**
_____

The United States of America and the defendant, Adam Keith Chandler, by and through his counsel, Matthew C. Golla, submit the following joint motion and request that the Court re-set the June 25, 2019 Change of Plea Hearing.

On May 13, 2019, the Court set a Change of Plea Hearing for 10:00 a.m. on Monday, June 17, 2019.  *See* ECF No. 16.  On June 4, 2019, the Court re-set the Change of Plea Hearing for 10:30 a.m. on Tuesday, June 25, 2019.  *See* ECF No. 17. Government counsel is set for a Final Supervised Release Violation Hearing in *United States v. Aguilar-Gonzalez*, 16-cr-00387-RBJ, at 10:00 a.m. that same day, *i.e.*, Tuesday, June 25, 2019.  The court in *Aguilar-Gonzalez* set that hearing prior to this Court re-setting the Change of Plea Hearing in this case.  Government counsel suspects that the hearing in *Aguilar-Gonzalez* will last at least thirty minutes.  Also, defense counsel is set for a Change of Plea Hearing on Tuesday, June 25, 2019 at

1

10:30 a.m. in *United States v. Myers*, 18-cr-00523-RBJ.  Thus, defense counsel is unable to appear at the Change of Plea Hearing in this case.

Given the parties' conflicting schedules, the parties respectfully request that the Court re-set the June 25, 2019 Change of Plea Hearing in this case.  The parties specifically request that the Court vacate the June 25, 2019 Change of Plea Hearing and order the parties to jointly contact chambers to re-schedule the Change of Plea Hearing.

Dated:  June 6, 2019.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

By:    /s/ *Jason St. Julien*
        JASON ST. JULIEN
        Assistant United States Attorney
        1801 California St., Suite 1600
        Denver, Colorado 80202
        Phone:  (303) 454-0100
        Fax:  (303) 454-0405
        E-mail:  Jason.St.Julien@usdoj.gov
        Attorney for the United States

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 7th day of June 2019, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION TO RE-SET THE JUNE 25, 2019 CHANGE OF PLEA HEARING** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

**Matthew Golla**
**Email**:  Matt.Golla@fd.org

                /s/ *Jason St. Julien*
                JASON ST. JULIEN
                Assistant United States Attorney
                1801 California St., Suite 1600
                Denver, Colorado 80202
                Phone:  (303) 454-0100
                Fax:  (303) 454-0405
                E-mail:  Jason.St.Julien@usdoj.gov
                Attorney for the United States