# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00111-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     ADAM KEITH CHANDLER,

    Defendant.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:     The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 10th day of October 2019.

    JASON R. DUNN
    United States Attorney

    s/ *Laura B. Hurd*
    Laura B. Hurd
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: laura.hurd@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of October 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

*s/ Jasmine Zachariah*
FSA Data Analyst
Office of the U.S. Attorney