IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00111-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      ADAM KEITH CHANDLER,

        Defendant.

---

### UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE
---

COMES NOW the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, and hereby gives notice that the firearms, more specifically identified as Harrington and Richardson ("H&R"), Model 929 Sidekick, .22 caliber revolver, bearing serial number AU026672 and Ruger, Model LC380, .380 caliber semi-automatic pistol, bearing serial number 323-99806, were administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

        DATED this 10th of October 2019.

                              Respectfully submitted,

                              JASON R. DUNN
                              United States Attorney

                              By: *s/Laura B. Hurd*
                              Laura B. Hurd
                              Assistant United States Attorney
                              United States Attorney's Office
                              1801 California Street, Suite 1600

2

Denver, CO 80202
303-454-0100
Laura.hurd@usdoj.gov
*Attorney for the United States*


## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day October 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

*s/ Jasmine Zachariah*
FSA Data Analyst
United States Attorney's Office

2