IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00111-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM KEITH CHANDLER,

    Defendant.

---

## DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

---

COMES NOW, the Defendant, Adam Chandler ("Mr. Chandler"), by and through counsel, Matthew C. Golla, Assistant Federal Public Defender, hereby submits the following objections to the Presentence Investigation Report ("PSI"):

1. **Pg. 12-13; ¶ 39:** Mr. Chandler states that he did not point a firearm at the victim as stated in the PSI.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Matthew C. Golla
MATTHEW C. GOLLA
Office of the Federal Public Defender
633 17th Street, Suite 1000
Denver, CO   80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2019, I electronically filed the foregoing

**DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Zachary Phillips, Assistant U.S. Attorney
    Email: Zachary.phillips@usdoj.gov

    Tonya Andrews, Assistant U.S. Attorney
    Email: tonya.andrews@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Adam Chandler    *(Via U.S. Mail)*

    s/ Matthew C. Golla
    MATTHEW C. GOLLA
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    matt.golla@fd.org
    Attorney for Defendant