IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.:  19-cr-00111-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ADAM KEITH CHANDLER,**

    Defendant.

---

**GOVERNMENT'S RESPONSE TO THE DEFENDANT'S SENTENCING STATEMENT
[ECF No. 28]**
_____

    The United States of America submits the following response to the Defendant's Sentencing Statement [ECF No. 28].

    Pursuant to the Plea Agreement's terms and conditions, the Government is bound by a recommendation at the low end of the advisory guideline range.  Both the parties (in the Plea Agreement) and Probation (*see* ECF No. 30, p. 24, ¶ 96) calculate the defendant's guideline range to be 30 to 37 months imprisonment.  Though the defendant's styles his request for a sentence of 30 months imprisonment as a downward variance, it is a sentence at the low end of the guideline range.

    Pursuant to the Government's obligations in the Plea Agreement, the Government does not object to the defendant's request for a sentence of 30 months imprisonment and recommends that the Court impose such a sentence.

    Dated:  October 30, 2019.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

By:    */s/ Jason St. Julien*
        JASON ST. JULIEN
        Assistant United States Attorney
        1801 California St., Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Fax: (303) 454-0405
        E-mail: Jason.St.Julien@usdoj.gov
        Attorney for the United States

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 30th day of October 2019, I filed the foregoing **GOVERNMENT'S RESPONSE TO THE DEFENDANT'S SENTENCING STATEMENT [ECF No. 28]** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

 **Matthew Golla**
 Email:  Matthew_Golla@fd.org

            */s/ Jason St. Julien*
            JASON ST. JULIEN
            Assistant United States Attorney
            1801 California St., Suite 1600
            Denver, Colorado 80202
            Phone:  (303) 454-0100
            Fax:  (303) 454-0405
            E-mail:  Jason.St.Julien@usdoj.gov
            Attorney for the United States