IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                  November 6, 2019
Courtroom Deputy: Anna Frank
Court Reporter:    Mary George
Probation Officer: Mallory Coleman

| | |
|---|---|
| Criminal Action No. **19-cr-111-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Kurt Bohn |
| Plaintiff, | |
| v. | |
| ADAM KEITH CHANDLER, | Matthew Golla |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**9:33 a.m.      Court in session.**

Appearances of counsel. Defendant is present in custody.

Defendant sworn.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

Argument given on sentencing.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

**ORDERED:** Defendant's construed motion for a sentence at the bottom of the guideline range as stated in Defendant's Sentencing Statement [ECF 28] is denied.

Court's findings and conclusions.

**ORDERED:**  The Plea Agreement between the parties is ACCEPTED.

**ORDERED:**  Defendant shall be imprisoned for 35 months as to Count 1 of the Indictment. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in pretrial detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility that is appropriate to his security designation and is located within the District of Colorado.

**ORDERED:**  The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall pay a special assessment of $100, due and payable immediately. The Court waives the payment of any fine.

**ORDERED:**  Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, and as set forth in the Indictment.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal.

**10:09 a.m.   Court in recess.**

Total time in court: 0:36

Hearing concluded.