CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. ADAM KEITH CHANDLER           DKT. NO. 1:19CR00111-1

### PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Keenan Staten, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Adam Keith Chandler, who was placed on supervision by the Honorable William J. Martinez, sitting in the United States District Court in Denver, Colorado, on November 6, 2019. The defendant was sentenced to 35 months of imprisonment and 3 years of supervised release for an offense of Possession of Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1). Supervision commenced on July 6, 2021, and will expire on July 5, 2024. As noted in the judgment [Document 34], the Court ordered mandatory, standard, and special conditions of supervision.

### STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

Since starting supervision, the defendant has submitted multiple positive drug tests at Independence House (IH) which yielded positive results for amphetamines. When speaking to the defendant, he admitted to struggling with methamphetamine abuse. The defendant needs some added structure and stability, and placement in a residential reentry center would provide the defendant an opportunity to get stable while remaining in the community. If substance abuse continues, a modification for inpatient treatment will be requested.

On February 27, 2022, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Supervised Release," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision. The modification was discussed with Criminal Chief United States Attorney J.D. Rowell, and he did not object to the modification.

### RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Supervised Release to include the following special conditions:

1. You must reside in a residential reentry center (RRC) for a period of 6 months, to commence upon release from confinement or upon the first available vacancy at an RRC and must observe the rules of that facility.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/Keenan Staten*
  Keenan Staten
  United States Probation Officer
  Place:   Denver
  Date:    March 18, 2022


*s/Edgar T. Ruiz*
  Edgar T. Ruiz
  Supervisory United States Probation Officer
  Place:   Denver
  Date:    March 18, 2022