PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## DENVER, DISTRICT OF COLORADO

### Waiver of Hearing to Modify Conditions
### of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release:

1. You must reside in a residential reentry center (RRC) for a period of 6 months, to commence upon release from confinement or upon the first available vacancy at an RRC and must observe the rules of that facility.

Witness _____
          *Keenan Staten*
          *(U.S. Probation Officer)*

Signed _____
          *Adam Chandler*
          *(Supervised Releasee)*

_____
          2-27-22
          *(Date)*