IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00111-WJM-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

ADAM KEITH CHANDLER,

   Defendant.

---

### ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION

THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

HAVING considered the probation officer's petition, the Court:

ORDERS the defendant's terms of supervision be modified to include the following special condition:

1. You must reside in a residential reentry center (RRC) for a period of 6 months, to commence upon release from confinement or upon the first available vacancy at an RRC and must observe the rules of that facility.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

DATED at Denver, Colorado, this  24th  day of March 2022.

BY THE COURT:

*[signature]*

William J. Martinez
United States District Judge