CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. ADAM KEITH CHANDLER                                    DKT. NO. 1:19CR00111-1

### PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Keenan Staten, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Adam Keith Chandler, who was placed on supervision by the Honorable William J. Martinez, sitting in the United States District Court in Denver, Colorado, on November 6, 2019. The defendant was sentenced to 35 months of imprisonment and 3 years of supervised release for an offense of Possession of Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1). Supervision commenced on July 6, 2021, and will expire on July 5, 2024. As noted in the judgment [Document 34] and Order Regarding Request for Modification of the Conditions of Supervision [Document 37], the Court ordered mandatory, standard, and special conditions of supervision.

### STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

The defendant's conditions were modified on March 24, 2022, adding placement in a residential reentry center (RRC) for a period of 6 months. When he entered the program, his initial drug screening was positive for amphetamines, and his second drug screening was also positive for amphetamines and cocaine. The defendant expressed remorse for his substance abuse and said he would make sobriety a priority. Recently, he has done well remaining clean and sober.

On June 29, 2022, the defendant was accepted into a sober living program through the Don't Look Back Center and space is being held for him. The Probation Office would like to release the defendant from the RRC approximately three months early so he can attend the sober living program. After a discussion with the defendant, he agreed to attend the program.

On July 20, 2022, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Supervised Release," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision. The modification was discussed with Criminal Chief United States Attorney J.D. Rowell, and he did not object to the modification.

### RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Supervised Release to include the following special condition:

1. You must reside in an inpatient substance abuse treatment house or center, if you do reside in such a house or center, you must follow the rules of that facility, and remain at such facility, for a period up to six months or until graduated from their program.

I DECLARE under penalty of perjury that the foregoing is true and correct.

**s/Keenan Staten**
  Keenan Staten
  United States Probation Officer
  Place:   Denver
  Date:    July 21, 2022


**s/Edgar T. Ruiz**
  Edgar T. Ruiz
  Supervisory United States Probation Officer
  Place:   Denver
  Date:    July 21, 2022