PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## DENVER, DISTRICT OF COLORADO

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation and supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation and supervised release or to the proposed extension of my term of supervision:

1) You must reside in an inpatient substance abuse treatment house or center, if you do reside in such a house or center, you must follow the rules of that facility, and remain at such facility, for a period up to six months or until graduated from their program.

Witness _____  Signed _____
         (U.S. Probation Officer)              (Probationer or Supervised Releasee)

                    7/20/2022
                    _____
                     (Date)