IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00111-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Adam Keith CHANDLER,

    Defendant.

## ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION

THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

HAVING considered the probation officer's petition, the Court:

ORDERS the defendant's terms of supervision be modified to include the following special condition:

1. You must reside in an inpatient substance abuse treatment house or center, if you do reside in such a house or center, you must follow the rules of that facility, and remain at such facility, for a period up to six months or until graduated from their program.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

DATED at Denver, Colorado, this  26th  day of  July 2022.

BY THE COURT:

_____
William J. Martinez
United States District Judge