CO-PROB12C
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. ADAM KEITH CHANDLER            DKT. NO. 1:19CR00111-1

## PETITION FOR WARRANT ON PERSON UNDER SUPERVISION

COMES NOW, Keenan Staten, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Adam Keith Chandler, who was placed on supervision by the Honorable William J. Martinez, sitting in the United States District Court in Denver, Colorado, on November 6, 2019. The defendant was sentenced to 35 months of imprisonment and 3 years of supervised release for an offense of Possession of Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1). Supervision commenced on July 6, 2021, and will expire on July 5, 2024. As noted in the judgment [Document 34] and Order Regarding Request for Modification of the Conditions of Supervision [Document 37 and 39], the Court ordered mandatory, standard, and special conditions of supervision. The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF THE COURT DUE TO CAUSE AS FOLLOWS:**

**VIOLATION(S) ALLEGED:**

1. **VIOLATION OF LAW**

On or about October 19, 2022, the defendant committed Vehicular Eluding, in violation of C.R.S.18-9-116.5, a Class 5 felony, and Prostitution, in violation of C.R.S. 18-7-201, Unclassified Petty Offense. This constitutes a Grade B violation of supervised release.

On October 20, 2022, this officer spoke to a detective with the Denver Fugitive Apprehension Unit and was informed officers with the Colorado Springs Police Department attempted to contact the defendant at a motel for Prostitution, but he fled from them in a vehicle. The defendant was subsequently charged with the following felony offenses: Vehicular Eluding and Prostitution, El Paso County Combined Court, Case No. 2022CR5557. He currently has no set court dates.

2. **FAILURE TO PARTICIPATE IN AN INPATIENT SUBTANCE ABUSE TREATMENT HOUSE OR CENTER**

On or about October 1, 2022, the defendant was unsuccessfully discharged from the Don't Look Back Center, which constitutes a Grade C violation of supervised release.

On July 26, 2022, the Court ordered the defendant to participate in an inpatient substance abuse treatment house or center, follow the facilities rules, and remain in the

Case No. 1:19-cr-00111-WJM   Document 40   filed 10/31/22   USDC Colorado   pg 2 of 6

| | | |
|---|---|---|
| Adam Keith Chandler<br>1:19CR00111-1 | Petition for Warrant on Person Under Supervision<br>Page 2 | October 31, 2022 |

facility for a period of 6 months or until graduated from the program. He entered in a sober living program through the Don't Look Back Center on or about August 1, 2022.

On October 5, 2022, this officer received an email from the director of the program who informed the defendant was unsuccessfully discharged from the program on October 1, 2022. Despite being given another opportunity to get back into compliance with program rules, the defendant failed to attend a mandatory house meeting, failed to attend weekly substance groups, and failed to stay at the sober living home.

### 3. POSSESSION AND USE OF A CONTROLLED SUBSTANCE

On or about September 28, 2021, the defendant used or administered a controlled substance, methamphetamine, which had not been prescribed for him by a physician. This constitutes a Grade B violation of supervised release.[1]

On September 28, 2021, the defendant submitted a drug test at Independence House, the contract testing and treatment provider of the Probation Office, which returned positive for amphetamine. On September 25, 2021, this officer met with the defendant at his residence, and he admitted to "smoking several bowls" of methamphetamine a couple of days prior to this home contact.

### 4. POSSESSION AND USE OF A CONTROLLED SUBSTANCE

On or about October 9, 2021, the defendant used or administered a controlled substance, methamphetamine, which had not been prescribed for him by a physician. This constitutes a Grade B violation of supervised release.

On October 9, 2021, the defendant submitted a drug test at Independence House, the contract testing and treatment provider of the Probation Office, which returned positive for amphetamine. On October 19, 2021, this officer spoke to the defendant, and he admitted to using methamphetamine a day or so before he submitted the drug screening.

---

[1] The Probation Office believes that the defendant's possession and use of cocaine, amphetamines, and methamphetamine are Grade B violations. According to §7B1.1(a)(2), a Grade B Violation is based on conduct constituting any other offense punishable by imprisonment of more than a year. In *U.S. v Rockwell*, 984 F.2d 1112 (10th Cir.) cert. denied, 113 S. Ct. 2945 (1993), the Court equated drug use with drug possession. In *U.S. v Robles*, 447 Fed. Appx. 892 (10th Cir. 2012), the Court found that drug use equates to drug possession and is a Grade B violation under USSG §7B1.1. In *U.S. v Rodriguez*, 945 F.3d 1245 (10th Cir. 2019), the Court re-affirmed that drug use equates to drug possession and for a defendant with prior qualifying drug convictions under 21 U.S.C. § 844(a), the potential penalty is more than one-year imprisonment and is appropriately considered a Grade B violation. The defendant has several prior qualifying drug convictions listed in the criminal history section of the presentence report prepared in the instant offense.

Case No. 1:19-cr-00111-WJM   Document 40   filed 10/31/22   USDC Colorado   pg 3 of 6

| | | |
|---|---|---|
| Adam Keith Chandler<br>1:19CR00111-1 | Petition for Warrant on Person Under Supervision<br>Page 3 | October 31, 2022 |

5. **POSSESSION AND USE OF A CONTROLLED SUBSTANCE**

On or about March 19, 2022, the defendant used or administered a controlled substance, cocaine, which had not been prescribed for him by a physician. This constitutes a Grade B violation of supervised release.

On March 19, 2022, the defendant submitted a drug test at Independence House, the contract testing and treatment provider of the Probation Office, which returned positive for amphetamine and cocaine. This urine specimen was sent to Abbott Toxicology for confirmation, and it was confirmed positive for cocaine. On March 24, 2022, this officer had a conference call with the defendant and his therapist to discuss additional treatment. The defendant informed he was accepted into outpatient treatment through the Don't Look Back Center.

6. **POSSESSION AND USE OF A CONTROLLED SUBSTANCE**

On or about April 26, 2022, the defendant used or administered a controlled substance, methamphetamine, which had not been prescribed for him by a physician. This constitutes a Grade B violation of supervised release.

On April 26, 2022, the defendant submitted a drug test at Independence House, the contract testing and treatment provider of the Probation Office, which returned positive for amphetamine. On May 6, 2022, United States Probation Officer (USPO) Dan Bath confronted the defendant about his ongoing illicit substance use, and the defendant admitted to ongoing methamphetamine use. The defendant reported last using methamphetamine approximately three days prior.

7. **POSSESSION AND USE OF A CONTROLLED SUBSTANCE**

On or about May 6, 2022, the defendant used or administered a controlled substance, amphetamines and cocaine, which had not been prescribed for him by a physician. This constitutes a Grade B violation of supervised release.

On May 6, 2022, the defendant submitted a drug test at Independence House Residential Reentry Center (RRC), which returned positive for amphetamines and cocaine. On May 19, 2022, USPO Bath met with the defendant about the positive results for amphetamine and cocaine produced by his intake urine test at the RRC, and the defendant admitted to using illicit substances the night before reporting for his intake at the RRC.

8. **FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TESTING AS DIRECTED BY THE PROBATION OFFICER**

The defendant failed to provide urine samples at Independence House South, the testing program in which the probation officer directed him to participate, on September

Case No. 1:19-cr-00111-WJM   Document 40   filed 10/31/22   USDC Colorado   pg 4 of 6

| | | |
|---|---|---|
| Adam Keith Chandler<br>1:19CR00111-1 | Petition for Warrant on Person Under Supervision<br>Page 4 | October 31, 2022 |

11, November 5, 2021, May 3, and October 20, 2022. This constitutes a Grade C violation of supervised release.

On July 9, 2021, pursuant to the defendant's conditions of supervised release, he was referred to Independence House for drug testing services and directed to comply with the rules and regulations of the program.

The defendant failed to submit to drug screens as directed with Independence House on September 11, November 5, 2021, May 3, and October 20, 2022.

In response to each of the above noted dates on which the defendant failed to provide urine samples at Independence House, this officer received email correspondence from the vendor, apprising of the missed appointments.

9. **FAILURE TO PARTICIPATE IN (SUBSTANCE ABUSE OR MENTAL HEALTH) TREATMENT AS DIRECTED BY THE PROBATION OFFICER**

The defendant failed to keep counseling appointments at Independence House, the testing and treatment program in which the probation officer directed him to participate, on November 3, 2021, and April 28, 2022. This constitutes a Grade C violation of supervised release.

Pursuant to the conditions of supervised release, the defendant was referred to Independence House for a co-occurring disorder assessment and was recommended for weekly co-occurring therapy and medication monitoring.

The defendant failed to report to counseling appointments at Independence House as instructed on November 3, 2021, and April 28, 2022. In each instance the Probation Office was notified via email by Independence House staff of the defendant's failure to participate in treatment as directed.

10. **LEAVING THE DISTRICT WITHOUT PERMISSION**

On or about October 24, 2022, the defendant left the District of Colorado and traveled to the District of New Mexico without permission of the probation officer or the Court, which constitutes a Grade C violation of supervised release.

On October 26, 2022, this officer was contacted by a Denver detective who advised the defendant was arrested in Santa Fe, New Mexico.  On or about October 24, 2022, the defendant was arrested by officers with the Santa Fe Police Department. This officer did not grant permission for the defendant to leave the state of Colorado and was not aware until notified by a Denver detective on October 26, 2022, that the defendant had left the District of Colorado without permission.

Case No. 1:19-cr-00111-WJM   Document 40   filed 10/31/22   USDC Colorado   pg 5 of 6

Adam Keith Chandler
1:19CR00111-1

Petition for Warrant on Person Under Supervision
Page 5

October 31, 2022

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

Based on the nature of the defendant's current conviction and the alleged violations, the probation officer requests a warrant for the defendant's arrest due to the potential risk of danger/flight presented by the defendant. On October 20, 2022, this officer was notified the defendant is a person of interest in a homicide which took place in Denver on October 5, 2022. In addition, the defendant's noncompliance has continued by his new criminal charges, continued drug use, noncompliance with treatment, leaving the district without permission, and missed drug test. The defendant is now 39 years old and has a criminal history spanning back to 16 years of age, that has largely been uninterrupted. Criminal history includes adjudications and convictions for Unauthorized Use of a Financial Transaction, Theft, Possession of Schedule 2 Controlled Substance (multiple offenses), Burglary, Attempted Distribution of Schedule 2 Controlled Substance, Vehicular Eluding, Possession of a Weapon by Previous Offender, and Possession of Firearm by a Prohibited Person. The defendant's new criminal charges and being a person of interest in a homicide raises serious concerns as to the safety of the community. Additionally, his willful choice to leave the district without permission also shows he is a risk of flight. Accordingly, a warrant is recommended.

## RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

The issuance of a warrant due to violations of supervised release and, subsequent to the arrest of the defendant, that the Court consider revocation of supervision.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/Keenan J. Staten*
  Keenan J. Staten
  United States Probation Officer
  Place:   Denver
  Date:    October 31, 2022

*s/Edgar T. Ruiz*
  Edgar T. Ruiz
  Supervisory United States Probation Officer
  Place:   Denver
  Date:    October 31, 2022

**PRELIMINARY ADVISORY REVOCATION GUIDELINE CALCULATION:**

The defendant was originally convicted of a Class C felony, thus the maximum sentence allowed upon revocation is 2 years' imprisonment, pursuant to 18 U.S.C. § 3583(e). Based upon Chapter 7 of the U.S. Sentencing Guidelines, the most serious conduct alleged as a violation of supervision is considered a Grade B violation. The defendant's criminal history is a Category VI, thus the advisory guideline range for revocation is

Case No. 1:19-cr-00111-WJM   Document 40   filed 10/31/22   USDC Colorado   pg 6 of 6

| | | |
|---|---|---|
| Adam Keith Chandler<br>1:19CR00111-1 | Petition for Warrant on Person Under Supervision<br>Page 6 | October 31, 2022 |

21 to 27 months; however, pursuant to 18 U.S.C. § 3583(e), the statutory maximum imprisonment sentence allowed is 2 years.

**STATEMENT IN SUPPORT OF DETENTION AT INITIAL APPEARANCE:**

Based on the defendant's performance while on supervision, the probation officer recommends the defendant be detained pending revocation proceedings. Pursuant to 18 U.S.C. § 3143(a), the defendant is viewed as presenting a risk of flight/danger to the community. The instant offense involved the defendant possessing a firearm and he admitted to using narcotics the same day he was arrested. His substance abuse has continued since being on supervision which puts him at a high risk for making poor decisions. In addition, pending charges and being a person of interest in a homicide show he is a risk to the community. The defendant is currently in custody in Santa Fe, New Mexico, and the Probation Office is unable to provide further structure in the community; therefore, he should be detained pending revocation proceedings. In addition, the defendant has shown he is a risk of flight by traveling to another state without permission, and his whereabouts were unknown until the Probation Office learned of his arrest in Santa Fe, New Mexico, on or about October 26, 2022.