AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:19CR00111-1 |
| | ) |
| ADAM KEITH CHANDLER | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ADAM KEITH CHANDLER, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1) Violation of law;
Ct. 2) Failure to participate in an inpatient substance abuse treatment house or center;
Ct. 3-7) Possession and use of a controlled substance;
Ct. 8) Failure to participate in substance abuse testing as directed by the probation officer;
Ct. 9) Failure to participate in (substance abuse or mental health) treatment as directed by the probation officer; and
Ct. 10) Leaving the district without permission.

Date: _____

*Issuing officer's signature*

City and state: Denver, Colorado       Jeffrey P. Colwell, Clerk of Court

*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*