# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00111-WJM-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Adam Keith CHANDLER,

   Defendant.

## ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

HAVING considered the probation officer's report, the Court

  __X__  ORDERS the issuance of an arrest warrant.

  _____  ORDERS the issuance of a summons.

  _____  DENIES the request.

DATED at Denver, Colorado, this __3rd__ day of November 2022.

BY THE COURT:

_____
William J. Martinez
United States District Judge