AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:19CR00111-1 |
| | ) |
| ADAM KEITH CHANDLER | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ADAM KEITH CHANDLER,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ❏ Complaint
❏ Probation Violation Petition      ☑ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Ct. 1) Violation of law;
Ct. 2) Failure to participate in an inpatient substance abuse treatment house or center;
Ct. 3-7) Possession and use of a controlled substance;
Ct. 8) Failure to participate in substance abuse testing as directed by the probation officer;
Ct. 9) Failure to participate in (substance abuse or mental health) treatment as directed by the probation officer; and
Ct. 10) Leaving the district without permission.

Date:   November 3, 2022                                                                  s/E. Buchanan, Deputy Clerk
                                                                                                    *Issuing officer's signature*

City and state:   Denver, Colorado                                                 Jeffrey P. Colwell, Clerk of Court
                                                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

                                                                                                    *Arresting officer's signature*

                                                                                                    *Printed name and title*