IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-CR-00111-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM KEITH CHANDLER,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 1st day of June, 2023.

                      COLE FINEGAN
                      United States Attorney

            By:    *s/ Martha A. Paluch*
                      Martha A. Paluch
                      Assistant United States Attorney
                      United States Attorney's Office
                      1801 California Street, Suite 1600
                      Denver, Colorado 80202
                      Telephone: (303) 454-0100
                      Email: Martha.Paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 1st day of June, 2023, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: s/Melanie LeaRussa
      Legal Assistant
      United States Attorney's Office