IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00111-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**ADAM KEITH CHANDLER**,

       Defendant.

---

### NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Martha A. Paluch, Assistant United States Attorney
Email: Martha.paluch@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Adam Keith Chandler (via U.S. Mail)

                                               s/ Laura H. Suelau
                                               LAURA H. SUELAU
                                               Assistant Federal Public Defender
                                               633 17th Street, Suite 1000
                                               Denver, CO  80202
                                               Telephone: (303) 294-7002
                                               FAX: (303) 294-1192
                                               laura_suelau@fd.org
                                               Attorney for Defendant