AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2023 JUN -5 AM 10: 59

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:19CR00111-1 |
| | ) | |
| ADAM KEITH CHANDLER | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ADAM KEITH CHANDLER                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1) Violation of law;
Ct. 2) Failure to participate in an inpatient substance abuse treatment house or center;
Ct. 3-7) Possession and use of a controlled substance;
Ct. 8) Failure to participate in substance abuse testing as directed by the probation officer;
Ct. 9) Failure to participate in (substance abuse or mental health) treatment as directed by the probation officer; and
Ct. 10) Leaving the district without permission.

Date: November 3, 2022                                        s/E. Buchanan, Deputy Clerk
                                                                          *Issuing officer's signature*

City and state:     Denver, Colorado                              Jeffrey P. Colwell, Clerk of Court
                                                                          *Printed name and title*

### Return

This warrant was received on *(date)* 11/3/22 , and the person was arrested on *(date)* 6/1/23
at *(city and state)* Denver CO .

Date: 6/1/23

*Arresting officer's signature*

P. Bliss   DEO/USMS
*Printed name and title*